SUCESIÓN DE JOSEFA ESTRELLA, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE PONCE, recurrido.

No. 831.—*Sometido:* Enero 15, 1931. *Resuelto:* Enero 21, 1931.

*Edelmiro Martínez Rivera,* abogado del recurrente; el registrador recurrido compareció por escrito.

EL JUEZ ASOCIADO SEÑOR TEXIDOR, emitió la opinión del tribunal.

Por la sucesión de Josefa Estrella, compuesta de algunos de sus hijos, de sus nietos y de sus biznietos, se presentó al Registro de la Propiedad de Ponce la copia certificada de una

resolución de la Corte de Distrito de Ponce declarando justificado a favor de los expresados, el dominio sobre dos fincas rústicas que se describen; y con ese documento se presentó también una certificación de resolución de la misma corte, en que se declara a los mismos, herederos abintestato de la Doña Josefa Estrella y Ferrer. El registrador inscribió, pero en la nota fijó un defecto subsanable en esta forma:

"Inscrito el precedente documento con vista de una copia certificada de la declaratoria de herederos de doña Josefa Estrella, según sentencia dictada por la Corte de este Distrito con fecha dos de octubre de 1929, en el caso civil No. 4000, ex parte Josefa Antonia Fortis Ortiz, a los folios, tomos, fincas e inscripciones que se indican al margen de la inscripción de cada una de las fincas comprendidas en este documento; habiéndose consignado el DEFECTO SUBSANABLE de no haberse expresado en la declaratoria de dominio ni en la declaratoria de herederos que se acompaña, la fecha del fallecimiento de los ascendientes a quienes representan en la sucesión de Josefa Estrella, sus nietos y biznietos, cuyo defecto sería insubsanable si resultase que dichos ascendientes fallecieron después que la Doña Josefa Estrella, porque en tal caso no existiría el derecho de representación; y porque tendría que acreditarse entonces el pago del impuesto o la exención de pago del impuesto sobre las respectivas herencias o sucesiones."

Y los interesados recurren ante este tribunal. Ambas partes han presentado sus alegatos.

La nota recurrida no puede sostenerse por este tribunal. El registrador ha ido muy lejos en su calificación.

Cuando la corte de distrito ha hecho la declaratoria de dominio, ésta debe ser tenida por buena y suficiente si la corte tenía jurisdicción y el procedimiento seguido fué el marcado por la ley. En esos dos particulares, jurisdicción y competencia, y procedimiento, puede el registrador opinar en su calificación; no en la justicia o error de la resolución, que están fuera de su autoridad, y su criterio. Esto se ha repetido con tanta frecuencia, que es inútil citar autoridades.

*La nota recurrida debe ser revocada en cuanto a la falta subsanable que en ella se declara.*